I'd like to touch briefly on the claim construction for the 955 background formatting pattern. The Quanta defendants have designed and programmed their optical disk drives. On the inducement question, whose disk relates to Quanta? I believe that the evidence of inducement is principally on the part of Quanta Storage Inc. although Quanta Computer Inc. also sells drives that contain the infringing, excuse me, Quanta sells computers that contain the infringing drives. And the evidence conferred by the league would be similar.